**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth M. Marciniak<br>_____Debtor_____ | CHAPTER 13<br><br>BKY. NO. 11-27452 CMB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of NATIONSTAR MORTGAGE LLC, and index same on the master mailing list.

Re: Loan # Ending In: 5522

Respectfully submitted,

**/s/ Matthew J. McClelland, Esquire**
Matthew J. McClelland, Esquire
mmcclelland@kmllawgroup.com
Attorney I.D. No. 319482
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: 215-825-6306
Fax: 215-825-6406
Attorney for Movant/Applicant