IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 11-27452 CMB |
| Elizabeth M. Marciniak ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Elizabeth M. Marciniak ) | |
| *Movant* ) | |
| ) | |
| *No Respondents* ) | |

## **DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On December 30, 2011 at docket number 11 the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

<u>December 22, 2016</u>           Respectfully submitted,
Date

                          <u>/s/ Kenneth M. Steinberg</u>
                          Kenneth SM. Steinberg
                          Attorney for the Debtor

                          STEIDL & STEINBERG
                          Suite 2830 – Gulf Tower
                          707 Grant Street
                          Pittsburgh, PA  15219
                          (412) 391-8000
                          kenny.steinberg@steidl-steinberg.com
                          PA I.D. No.31244

**PAWB Local Form 24 (07/13)**