# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>ELIZABETH M. MARCINIAK<br><br>　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　Movant<br>　　vs.<br>ELIZABETH M. MARCINIAK<br><br>　　　　Respondents | Case No. 11-27452CMB<br><br>Chapter 13<br><br>Document No. 60 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __6th__ day of __January__, 20__17__, it is hereby ORDERED, ADJUDGED, and DECREED that,

University Of Pittsburgh
Attn: Payroll Manager
207P Craig Hall 200 S Craig St
Pittsburgh, PA 15213

is hereby ordered to immediately terminate the attachment of the wages of ELIZABETH M. MARCINIAK, social security number XXX-XX-0410. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ELIZABETH M. MARCINIAK.

~~FURTHER ORDERED:~~

cc: Debtor(s)
　　Debtor(s) Attorney
　　Debtor(s) Employer

BY THE COURT:

_Carlota M. Böhm_  dms

UNITED STATES BANKRUPTCY JUDGE

FILED
1/6/17 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Elizabeth M. Marciniak  
       Debtor

Case No. 11-27452-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw          Page 1 of 1          Date Rcvd: Jan 06, 2017  
                         Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2017.  
db         +Elizabeth M. Marciniak,   22 Patricia Drive,   Greensburg, PA 15601-3961  
           University of Pittsburgh,   atten: Payroll Manager,   207 P Craig Hall 200 S. Craig St.,   Pittsburgh, PA 15213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2017                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2017 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
         Kenneth M. Steinberg    on behalf of Debtor Elizabeth M. Marciniak  
         julie.steidl@steidl-steinberg.com,  
         kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;clivingston@steidl-steinberg.com  
         Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                            TOTAL: 6