IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH M. MARCINIAK | ) | |
| *Debtor* | ) | Bankruptcy No. 11-27452 JKF |
| SSN XXX-XX-0410 | ) | |
| | ) | Chapter 13 |
| ELIZABETH M. MARCINIAK | ) | |
| *Movant* | ) | Document No. |
| vs. | ) | |
| | ) | |
| UNIVERSITY OF PITTSBURGH | ) | |
| *Respondent* | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO TERMINATE WAGE ATTACHMENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment filed on January 5, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Terminate Wage Attachment appears thereon. Pursuant to the Notice of Hearing, objections for Motion to Terminate Wage Attachment were to be filed and served no later than January 13, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Terminate Wage Attachment be entered by the Court.

Respectfully submitted,

January 16, 2017
DATE

/s/ Kenneth M. Steinberg
Kenneth M. Steinberg, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Kenny.steinberg@steidl-steinberg.com
PA I.D. No. 31244