**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Elizabeth M. Marciniak**
Debtor(s)

Bankruptcy Case No.: 11−27452−CMB

Chapter: 13
Docket No.: 66 − 65

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this 30th day of January, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/8/17.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **3/22/17 at 10:00 AM in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/8/17.**

Carlota M. Bohm<br>United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 11-27452-CMB
Elizabeth M. Marciniak                                                  Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dsaw           Page 1 of 2          Date Rcvd: Jan 30, 2017
                            Form ID: 408         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.
```
db              +Elizabeth M. Marciniak,    22 Patricia Drive,    Greensburg, PA 15601-3961
cr               Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
                 MALVERN, PA 19355-0701
13252142        +AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
13311740       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                  Wilmington, DE 19886-5102)
13323997        +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13252144        +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13252143        +Bank of America,    PO Box 1222,    Wilmington, DE 19899-1222
13252154        +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13252150       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citi Cards,    PO Box 183051,    Columbus, OH 43218)
13252147        +Chase,   PO Box 15298,    Wilmington, DE 19850-5298
13252146        +Chase,   PO Box 1298,    Wilmington, DE 19899
13252148        +Chase BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
13283147         Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13252149         Chase Slate Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
13252151        +Citi Dividend Plus,    PO Box 183051,    Columbus, OH 43218-3051
13266852        +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13265604        +Department Stores National Bank/Macy’s,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13252153        +HSBC Retail Services,    PO Box 5893,    Carol Stream, IL 60197-5893
13252155        +Macy’s American Express,    PO Box 8053,    Mason, OH 45040-8053
13252156        +Macy’s Department Stores National Bank,    PO Box 8053,    Mason, OH 45040-8053
13339420         Main Street Acquisition Corp,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern PA 193550701
13541261       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                  Lewisville, TX 75067)
13252157        +TALBOTS,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13252158        +WFNNB/Victoria’s Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
13618650         eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:42     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr               E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:19:04
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL 33131-1605
cr              +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:43     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13320238         E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:22     BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13352780         E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:22     Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13467482        +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:42     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13252152        +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:20:48     GAP Visa,    PO Box 103104,
                 Roswell, GA 30076-9104
13449417         E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:18:51     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13352278        +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:42     HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13321811        +E-mail/Text: bknotice@ncmllc.com Jan 31 2017 02:23:25     National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13320230        +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:28     OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13627111        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:38:27
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13293982         E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2017 02:22:30
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
13449418         E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:19:04
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Jan 30, 2017
                               Form ID: 408                Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
cr*             +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                  Tucson, AZ 85712-1083
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                  Lewisville, TX   75067)
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13252145*       +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13352785*       +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
                                                                                               TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Elizabeth M. Marciniak
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Matthew John McClelland    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor   BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```