**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ELIZABETH M. MARCINIAK<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Case No.:11-27452<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

| | |
|---|---|
| January 27, 2017 | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/13/2011 and confirmed on 1/20/12 . The case was subsequently      Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 77,653.00 |
| Less Refunds to Debtor | 1,273.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,380.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,700.00 | |
|    Trustee Fee | 2,657.71 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,357.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC* | 0.00 | 61,445.40 | 0.00 | 61,445.40 |
|     Acct: 5522 | | | | |
| | | | | 61,445.40 |
| **Priority** | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELIZABETH M. MARCINIAK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ELIZABETH M. MARCINIAK | 1,273.00 | 1,273.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH M STEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | \*\*\*N O N E\*\*\* | | | |
| **Unsecured** | | | | |
|   OAK HARBOR CAPITAL IV LLC | 16,864.81 | 1,622.27 | 0.00 | 1,622.27 |
|     Acct: 7117 | | | | |
|   CANDICA LLC | 6,058.22 | 582.76 | 0.00 | 582.76 |
|     Acct: 9494 | | | | |
|   CANDICA LLC | 2,985.07 | 287.14 | 0.00 | 287.14 |
|     Acct: 0787 | | | | |
|   MAIN STREET ACQUISITIONS CORP | 8,949.90 | 860.92 | 0.00 | 860.92 |
|     Acct: 5250 | | | | |
|   MAIN STREET ACQUISITIONS CORP | 11,957.42 | 1,150.22 | 0.00 | 1,150.22 |
|     Acct: 3610 | | | | |
|   MAIN STREET ACQUISITIONS CORP | 846.63 | 81.44 | 0.00 | 81.44 |
|     Acct: 6495 | | | | |
|   CHASE BANK USA NA | 211.88 | 20.38 | 0.00 | 20.38 |
|     Acct: 7302 | | | | |
|   BACK BOWL I LLC | 24,250.51 | 2,332.73 | 0.00 | 2,332.73 |
|     Acct: 8445 | | | | |
|   OAK HARBOR CAPITAL IV LLC | 16,463.86 | 1,583.71 | 0.00 | 1,583.71 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2728 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 4,188.38 | 402.89 | 0.00 | 402.89 |
| Acct: 8340 | | | | |
| ECAST SETTLEMENT CORP** | 1,504.67 | 144.74 | 0.00 | 144.74 |
| Acct: 1807 | | | | |
| CAPITAL ONE NA** | 2,243.14 | 215.77 | 0.00 | 215.77 |
| Acct: 5957 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 182.24 | 17.53 | 0.00 | 17.53 |
| Acct: 3269 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 971.47 | 93.45 | 0.00 | 93.45 |
| Acct: 5327 | | | | |
| TALBOTS | 943.11 | 90.72 | 0.00 | 90.72 |
| Acct: 8152 | | | | |
| QUANTUM3 GROUP LLC AGNT - WFNNB | 937.98 | 90.22 | 0.00 | 90.22 |
| Acct: 5675 | | | | |
| | | | | 9,576.89 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 71,022.29 |

TOTAL
CLAIMED          0.00
PRIORITY         0.00
SECURED     99,559.29

Date: 01/27/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   ELIZABETH M. MARCINIAK

       Debtor(s)

   Ronda J. Winnecour
       Movant
       vs.
   No Repondents.

Case No.:11-27452

Chapter 13

Document No.:

ORDER OF COURT

   AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                          BY THE COURT:

                                                           U.S. BANKRUPTCY JUDGE

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                           Case No. 11-27452-CMB
Elizabeth M. Marciniak                                           Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dsaw                  Page 1 of 2               Date Rcvd: Jan 30, 2017
                              Form ID: pdf900             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db            +Elizabeth M. Marciniak,   22 Patricia Drive,   Greensburg, PA 15601-3961
cr             Main Street Acquisition Corp,   Becket and Lee LLP.,   Attorneys/Agent for Creditor,   POB 3001,
                MALVERN, PA 19355-0701
13252142      +AT&T Universal Card,   PO Box 6500,   Sioux Falls, SD 57117-6500
13311740     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                Wilmington, DE 19886-5102)
13323997      +BANK OF AMERICA, N.A., Et al,   BANK OF AMERICA, N.A.,   7105 CORPORATE DRIVE,
                PLANO, TX 75024-4100
13252144      +Bank of America,   PO Box 15019,   Wilmington, DE 19886-5019
13252143      +Bank of America,   PO Box 1222,   Wilmington, DE 19899-1222
13252154      +CAPITAL ONE NA,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13252150     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,    PO Box 183051,   Columbus, OH 43218)
13252147      +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
13252146      +Chase,   PO Box 1298,   Wilmington, DE 19899
13252148      +Chase BP,   P.O. Box 15298,   Wilmington, DE 19850-5298
13283147       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13252149       Chase Slate Card,   P.O. Box 15298,   Wilmington, DE 19850-5298
13252151      +Citi Dividend Plus,   PO Box 183051,   Columbus, OH 43218-3051
13266852      +Department Stores National Bank/American Express,    Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
13265604      +Department Stores National Bank/Macy's,    Bankruptcy Processing,   Po Box 8053,
                Mason, OH 45040-8053
13252153      +HSBC Retail Services,   PO Box 5893,   Carol Stream, IL 60197-5893
13252155      +Macy's American Express,   PO Box 8053,   Mason, OH 45040-8053
13252156      +Macy's Department Stores National Bank,   PO Box 8053,   Mason, OH 45040-8053
13339420       Main Street Acquisition Corp,   Becket and Lee LLP,   Attorneys/Agent for Creditor,   POB 3001,
                Malvern PA 193550701
13541261     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                Lewisville, TX 75067)
13252157      +TALBOTS,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas TX 75374-0933
13252158      +WFNNB/Victoria's Secret,   P.O. Box 659728,   San Antonio, TX 78265-9728
13618650       eCast Settlement Corporation,   PO Box 28136,   New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:36     Capital One, N.A.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd, Suite #200,   Tucson, AZ 85712-1083
cr             E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:20:00
                Recovery Management Systems Corporation,   25 S.E. Second Avenue,   Suite 1120,
                Miami, FL 33131-1605
cr            +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:36     eCAST Settlement Corporation,
                c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   TUCSON, AZ 85712-1083
13320238      +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:22     BACK BOWL I LLC, SERIES C,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13352780      +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:22     Candica, LLC,
                c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
13467482      +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:36     Capital One, N.A.,
                c/o Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13252152      +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:20:47     GAP Visa,   PO Box 103104,
                Roswell, GA 30076-9104
13449417       E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 02:20:47     GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami, FL 33131-1605
13352278      +E-mail/Text: bnc@bass-associates.com Jan 31 2017 02:21:36     HSBC Bank Nevada, N.A.,
                Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
13321811     ++E-mail/Text: bknotice@ncmllc.com Jan 31 2017 02:23:24     National Capital Management, LLC,
                agent for GE Capital Retail Bank,   8245 Tournament Drive,   Suite 230,
                Memphis, TN 38125-1741
13320230      +E-mail/Text: bncmail@w-legal.com Jan 31 2017 02:23:28     OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13627111      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2017 02:20:20
                PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
13293982       E-mail/Text: bnc-quantum@quantum3group.com Jan 31 2017 02:22:26
                Quantum3 Group LLC as agent for,   World Financial Network National Bank,   PO Box 788,
                Kirkland, WA 98083-0788
13449418       E-mail/PDF: rmscedi@recoverycorp.com Jan 31 2017 02:20:00
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0315-2           User: dsaw                  Page 2 of 2                  Date Rcvd: Jan 30, 2017
                               Form ID: pdf900             Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
cr*             +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                  Tucson, AZ 85712-1083
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,    350 Highland Drive,
                  Lewisville, TX   75067)
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13252145*       +Bank of America,   PO Box 15019,    Wilmington, DE 19886-5019
13352785*       +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
                                                                                             TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Debtor Elizabeth M. Marciniak
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Matthew John McClelland    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt    on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```