**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ELIZABETH M. MARCINIAK

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:11-27452

Chapter 13

Document No.: 65

ORDER OF COURT        **BY DEFAULT**

AND NOW, this ___9th___ day of ___March___, 20_17_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

**FILED**

MAR 9 2017

CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                            Case No. 11-27452-CMB
Elizabeth M. Marciniak                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea              Page 1 of 2              Date Rcvd: Mar 09, 2017
                      Form ID: pdf900         Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2017.
```
db             +Elizabeth M. Marciniak,    22 Patricia Drive,    Greensburg, PA 15601-3961
cr              Main Street Acquisition Corp,    Becket and Lee LLP.,    Attorneys/Agent for Creditor,    POB 3001,
                 MALVERN, PA  19355-0701
13252142       +AT&T Universal Card,    PO Box 6500,    Sioux Falls, SD 57117-6500
13311740      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
                 Wilmington, DE 19886-5102)
13323997       +BANK OF AMERICA, N.A., Et al,    BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,
                 PLANO, TX 75024-4100
13252144       +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13252143       +Bank of America,    PO Box 1222,    Wilmington, DE 19899-1222
13252154       +CAPITAL ONE NA,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13252150      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,    PO Box 183051,    Columbus, OH 43218)
13252147       +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
13252146       +Chase,    PO Box 1298,    Wilmington, DE 19899
13252148       +Chase BP,    P.O. Box 15298,    Wilmington, DE 19850-5298
13283147        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13252149        Chase Slate Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
13252151       +Citi Dividend Plus,    PO Box 183051,    Columbus, OH 43218-3051
13266852       +Department Stores National Bank/American Express,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13265604       +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
13252153       +HSBC Retail Services,    PO Box 5893,    Carol Stream, IL 60197-5893
13252155       +Macy's American Express,    PO Box 8053,    Mason, OH 45040-8053
13252156       +Macy's Department Stores National Bank,    PO Box 8053,    Mason, OH 45040-8053
13339420        Main Street Acquisition Corp,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                 Malvern PA 193550701
13541261      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage, LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
13252157       +TALBOTS,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas TX 75374-0933
13252158       +WFNNB/Victoria's Secret,    P.O. Box 659728,    San Antonio, TX 78265-9728
13618650        eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: bnc@bass-associates.com Mar 10 2017 01:36:15      Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2017 01:28:22
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Mar 10 2017 01:36:16      eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
13320238        E-mail/Text: bncmail@w-legal.com Mar 10 2017 01:36:55      BACK BOWL I LLC, SERIES C,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13352780        E-mail/Text: bncmail@w-legal.com Mar 10 2017 01:36:54      Candica, LLC,
                 c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
13467482       +E-mail/Text: bnc@bass-associates.com Mar 10 2017 01:36:15      Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13252152       +E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 01:28:19      GAP Visa,    PO Box 103104,
                 Roswell, GA 30076-9104
13449417        E-mail/PDF: gecsedi@recoverycorp.com Mar 10 2017 01:28:19      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami, FL 33131-1605
13352278        E-mail/Text: bnc@bass-associates.com Mar 10 2017 01:36:15      HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
13321811       +E-mail/Text: bknotice@ncmllc.com Mar 10 2017 01:36:55      National Capital Management, LLC,
                 agent for GE Capital Retail Bank,    8245 Tournament Drive,    Suite 230,
                 Memphis, TN 38125-1741
13320230       +E-mail/Text: bncmail@w-legal.com Mar 10 2017 01:36:56      OAK HARBOR CAPITAL IV, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13627111       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 10 2017 01:42:38
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13293982        E-mail/Text: bnc-quantum@quantum3group.com Mar 10 2017 01:36:28
                 Quantum3 Group LLC as agent for,    World Financial Network National Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
13449418        E-mail/PDF: rmscedi@recoverycorp.com Mar 10 2017 01:28:22
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 14
```

```
District/off: 0315-2          User: llea                   Page 2 of 2                   Date Rcvd: Mar 09, 2017
                              Form ID: pdf900              Total Noticed: 39


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA, N.A.
cr*             +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
cr*             +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite #200,
                  Tucson, AZ 85712-1083
cr*            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                 (address filed with court:   NATIONSTAR MORTGAGE, LLC,     350 Highland Drive,
                  Lewisville, TX   75067)
cr*             +PRA Receivables Management, LLC,    POB 41067,    NORFOLK, VA 23541-1067
13252145*       +Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
13352785*       +Candica, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
                                                                                              TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2017 at the address(es) listed below:
              James    Warmbrodt      on behalf of Creditor     NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg     on behalf of Debtor Elizabeth M. Marciniak
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
               ;clivingston@steidl-steinberg.com
              Matthew John McClelland     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert P. Wendt     on behalf of Creditor    BANK OF AMERICA, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```